648

*pauperis,* denied. *Mr. Henry Long, pro se.* No appearance for respondent.

No. 1046. HUMBLE OIL & REFINING CO. *v.* CAMPBELL, RECEIVER, ET AL. May 28, 1934. The petition for writ of certiorari herein is denied for failure to comply with Rule 38, paragraph 2, of the rules of this Court. The brief for the petitioner is 211 pages and that of the respondent is 239 pages, in length. Both briefs are stricken from the files of this Court. *Messrs. Edgar E. Townes* and *Robert M. Rowland* for petitioner. *Mr. H. C. Ray* for respondents.

No. 1083. ILLINOIS EX REL. COBINE *v.* ANGSTEN, CHAIRMAN, ET AL. May 28, 1934. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Ferdinand Tunnell* for petitioner. No appearance for respondents.

No. 808. BARRY ET AL. *v.* UNITED STATES. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles M. Bryan* and *W. F. Barry, Jr.,* for petitioners. *Solicitor General Biggs* for the United States.

No. 955. HURST *v.* D. P. DAVIS PROPERTIES ET AL. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Floyd Hurst, pro se. Messrs. Peter O. Knight, C. Fred Thompson,* and *A. G. Turner* for respondents.